The People of the State of Illinois, defendant in error, v. Duncan Turner, plaintiff in error. Gen. Nos. 36,131 and 36,132.

Heard in the first division of this court for the first district at the June term, 1932. O'Connor, J., dissents. Opinion filed December 29, 1932.

Francis W. McGovern and Charles J. Russell, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

W. E. Mower, defendant in error, v. Ewald Wirths, plaintiff in error. Gen. No. 36,130.

Heard in the first division of this court for the first district at the October term, 1932. Opinion filed December 29, 1932. Rehearing denied January 13, 1933.

Monahan & Monahan, for plaintiff in error. Burt A. Crowe and Alfred Ray Hulbert, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. James DeStefano, plaintiff in error. Gen. No. 36,150.

Heard in the first division of this court for the first district at the October term, 1932. Opinion filed December 29, 1932.

Bernard P. Barasa, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Maria Delmazzo, appellant, v. Harry Vosnos et al., appellees. Gen. No. 36,179.

Heard in the first division of this court for the first district at the October term, 1932. Opinion filed December 29, 1932.

Kremer & West, for appellant. No appearance for appellees.

Mr. Justice Matchett delivered the opinion of the court.